Riverside Borough School District *v.* International Brotherhood of Electrical Workers, Local No. 607, Appellant.

Argued June 27, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

638

*Robert V. Moser*, with him *Edward Davis*, for appellants.

*Bruce E. Cooper*, with him *Carl Rice, E. Eugene Eves* and *Pierce Allen Coryell*, for appellees.

OPINION PER CURIAM, July 1, 1957:

These appeals are from a decree granting a preliminary injunction. As there appears to be reasonable grounds for the action of the court below and as the rules of law relied upon by the court are neither palpably wrong nor clearly inapplicable, the decree of the court below must be affirmed: see *Lindenfelser v. Lindenfelser*, 385 Pa. 342, 123 A. 2d 626; *New Kensington v. Municipal Authority of the City of New Kensington*, 383 Pa. 182, 118 A. 2d 149; and *Cohen v. A. M. Byers Co.*, 363 Pa. 618, 70 A. 2d 837. We do not reach the merits of the controversy on these appeals.

Decree affirmed at appellant's costs.

Mr. Justice MUSMANNO and Mr. Justice COHEN dissent.